IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02602-BNB

RICHARD ARGUELLO,

Plaintiff,

v.

[NO DEFENDANT NAMED],

Defendant.

## ORDER OF DISMISSAL

Plaintiff Richard Arguello initiated this action by filing *pro se* a letter to the Court stating that he intends to file a lawsuit in this Court. In an order filed on December 14, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Arguello to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Arguello to file a Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Arguello was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Arguello has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
CLERK

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02602-BNB

Richard Arguello
751 Quince Street
Denver, CO 80230

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk